UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

April 30, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA PETER MASIAS,

Defendant.

Case No.  2:26-cr-00067-JDP

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSHUA PETER MASIAS,

Case No.  2:26-cr-00067-JDP, Charge 18 U.S.C. § 111(a), from custody for the

following reasons:

  X   Release on Conditions:

        Bail Posted in the Sum of $ _____

                Unsecured Appearance Bond $ _____

        X     The Defendant shall not violate any federal, state, or local law.

                The Defendant shall stay 100 feet away from the property line of the

        X     John E. Moss Federal Building located at 650 Capitol Mall,

                Sacramento, California.

                Corporate Surety Bail Bond

                (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

  X   30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 30, 2026 at 2:50 p.m.

By: _____

Magistrate Judge Jeremy D. Peterson