ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

**FILED**
**Jun 22, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSHUA PETER MASIAS, Defendant. | CASE NO. 2:26-CR-00067-JDP<br><br>VIOLATION: 18 U.S.C. § 111(a) – Assault on a Federal Officer (two counts); 6 C.F.R. § 139.35(d) – Obstructing the Usual Use, Enjoyment, and Access to Federal Property (two counts); 18 U.S.C. § 1361 – Depredation Against Property of the United States (two counts) |

## S U P E R S E D I N G   I N F O R M A T I O N

COUNT ONE: [18 U.S.C. § 111(a) – Assault on a Federal Officer]

The United States Attorney charges: T H A T

JOSHUA PETER MASIAS,

defendant herein, on or about April 29, 2026, in Sacramento County, State and Eastern District of California, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a federal law enforcement officer employed by the Department of Homeland Security, while that law enforcement officer was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 111(a), a Class A misdemeanor.

///

///

///

COUNT TWO: [18 U.S.C. § 111(a) – Assault on a Federal Officer]

The United States Attorney further charges: T H A T

JOSHUA PETER MASIAS,

defendant herein, on or about April 29, 2026, in Sacramento County, State and Eastern District of California, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a federal law enforcement officer employed by the Department of Homeland Security, Federal Protective Services, while that law enforcement officer was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 111(a), a Class A misdemeanor.

COUNT THREE: [6 C.F.R. § 139.35(d) – Obstructing the Usual Use, Enjoyment, and Access to Federal Property]

The United States Attorney further charges: T H A T

JOSHUA PETER MASIAS,

defendant herein, on or about April 29, 2026, in Sacramento County, State and Eastern District of California, did unlawfully obstruct the usual use, enjoyment, and access to federal property, to wit: the John E. Moss Federal Building, in violation of Title 6, Code of Federal Regulations, Section 139.35(d), a Class C misdemeanor.

COUNT FOUR: [18 U.S.C. § 1361 – Depredation Against Property of the United States]

The United States Attorney further charges: T H A T

JOSHUA PETER MASIAS,

defendant herein, on or about February 24, 2026, in Sacramento County, State and Eastern District of California, did willfully injure and commit a depredation against any property of the United States, and of any department and agency thereof, to wit: property damage to a vehicle owned and operated by the Department of Homeland Security, and resulting in damage of less than $1,000.00, in violation of Title 18, United States Code, Sections 1361, a Class A misdemeanor.

COUNT FIVE: [18 U.S.C. § 1361 – Depredation Against Property of the United States]

The United States Attorney further charges: T H A T

JOSHUA PETER MASIAS,

defendant herein, on or about January 22, 2026, in Sacramento County, State and Eastern District of

California, did willfully injure and commit a depredation against any property of the United States, and of any department and agency thereof, to wit: property damage to a vehicle owned and operated by the Department of Homeland Security, and resulting in damage of less than $1,000.00, in violation of Title 18, United States Code, Sections 1361, a Class A misdemeanor.

COUNT SIX: [6 C.F.R. § 139.35(d) – Obstructing the Usual Use, Enjoyment, and Access to Federal Property]

The United States Attorney charges: T H A T

JOSHUA PETER MASIAS,

defendant herein, on or about January 22, 2026, in Sacramento County, State and Eastern District of California, did unlawfully obstruct the usual use, enjoyment, and access to federal property, to wit: the John E. Moss Federal Building, in violation of Title 6, Code of Federal Regulations, Section 139.35(d), a Class C misdemeanor.

DATED: June 22, 2026

ERIC GRANT
United States Attorney

JUSTIN L. LEE
Assistant U.S. Attorney

**PENALTY SLIP**
**Superseding Information**

**United States v. Joshua Masias**

**COUNT ONE:** 18 U.S.C. § 111(a) – Assault on a Federal Officer

Not more than 1 year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Mandatory Special Assessment of $25

**COUNT TWO:** 18 U.S.C. § 111(a) – Assault on a Federal Officer

Not more than 1 year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Mandatory Special Assessment of $25

**COUNT THREE:** 6 C.F.R. § 139.35(d) – Obstructing the Usual Use, Enjoyment, and Access to Federal Property

Not more than 30 days in prison; or
Fine of up to $5,000; or both fine and imprisonment
Mandatory Special Assessment of $5

**COUNT FOUR:** 18 U.S.C. § 1361 – Depredation Against Property of the United States

Not more than 1 year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Mandatory Special Assessment of $25

**COUNT FIVE:** 18 U.S.C. § 1361 – Depredation Against Property of the United States

Not more than 1 year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Mandatory Special Assessment of $25

**COUNT SIX:** 6 C.F.R. § 139.35(d) – Obstructing the Usual Use, Enjoyment, and Access to Federal Property

Not more than 30 days in prison; or
Fine of up to $5,000; or both fine and imprisonment
Mandatory Special Assessment of $5