FILED
November 13, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA PETER MASIAS,

Defendant.

Case No. 2:26-cr-00067-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSHUA PETER MASIAS, Case No. 2:26-cr-00067-JDP, Charge 18 USC § 111(a), from custody for the following reasons:

X Release on Personal Recognizance—subject to conditions previously imposed

____ Bail Posted in the Sum of $ ____________________

____ Unsecured Appearance Bond $ ____________________

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

____ (Other):

____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 13, 2026 at 2:30 PM.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE