UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 24, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA PETER MASIAS,

Defendant.

Case No. 2:26-cr-00067-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSHUA PETER MASIAS, Case No. 2:26-cr-00067-JDP, Charge 18 U.S.C. § 111(a) - Assault on a Federal Officer, from custody for the following reasons:

X Release on Personal Recognizance with Pretrial Services Supervision.

___ Bail Posted in the Sum of $ __________

___ Unsecured Appearance Bond $ __________

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

X (Other): The Defendant shall appear at the Pretrial Services Agency for further processing on 11/25/2026 at 9:00 a.m.

X Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 24, 2026 at 3:00 p.m.

By: ____________________
Magistrate Judge Jeremy D. Peterson